IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQLYN ANDERSON | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action |
| | § | Case No.   4:18-CV-2130 |
| | § | |
| LYONDELL CHEMICAL COMPANY | § | |
| AND LYONDELLBASELL ACETYLS LLC | § | |
|     Defendants. | § | |
| | § | |

**EXHIBIT B**
**INDEX OF STATE COURT'S FILE**

| | | |
|---|---|---|
| B-1 | Civil Process Request Form | 3/29/18 |
| B-2 | Plaintiffs' Original Petition | 3/29/18 |
| B-3 | Civil Process Pick-Up Form | 4/4/18 |
| B-4 | Citation (LyondellBasell Acetyls LLC) | 4/11/18 |
| B-5 | Citation (Lyondell Chemical Company) | 4/11/18 |
| B-6 | Original Answer | 4/30/18 |
| B-7 | Civil Process Request Form | 5/24/18 |
| B-8 | Plaintiff's First Amended Petition | 5/24/18 |
| B-9 | Civil Process Pick-Up Form | 5/30/18 |
| B-10 | Citation (Optim Energy Altura Cogen LLC) | 6/15/18 |
| B-11 | NAES Corporation's Original Answer | 6/18/18 |

# CIVIL PROCESS REQUEST FORM

3/29/2018 5:40:14 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 23538850
By: CLAUSELL, CYNTHIA
Filed: 3/29/2018 5:40:14 PM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____          CURRENT COURT: _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition _____

**FILE DATE OF MOTION:** _____

Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: Lyondell Chemical Company _____

   ADDRESS: 1999 Bryan St., Suite 900, Dallas, TX 75201 _____

   AGENT, (if applicable): C T Corporation System _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Citation _____

**SERVICE BY** (check one):

- [ ] **ATTORNEY PICK-UP**                    [ ] **CONSTABLE**
- [×] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Court Records Research  Phone: 713-227-3353
- [ ] **MAIL**                                [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR, or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** explain _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: LyondellBasell Acetyls, LLC _____

   ADDRESS: 1999 Bryan St., Ste. 900, Dallas, TX 75201 _____

   AGENT, (if applicable): C T Corporation System _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):

- [ ] **ATTORNEY PICK-UP**                    [ ] **CONSTABLE**
- [×] **CIVIL PROCESS SERVER -**  Authorized Person to Pick-up: Court Records Research  Phone: 713-227-3353
- [ ] **MAIL**                                [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR, or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Anthony G. Buzbee  TEXAS BAR NO./ID NO. 24001820          Exhibit B-1

MAILING ADDRESS: 600 Travis St., Suite 7300, Houston, TX 77002

PHONE NUMBER: 713 - 223- 5393                    FAX NUMBER: 713- 223- 5909
area code        phone number                              area code      fax number

EMAIL ADDRESS: ledelacruz@txattorneys.com

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.

Certified Document Number: 79274667 - Page 1 of 2

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:

ORDER TO: _____
(specify)

MOTION TO: _____
(specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 79274667 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:       79274667 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. _____

| | | |
|---|---|---|
| JACQLYN ANDERSON | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | _____ DISTRICT COURT |
| LYONDELL CHEMICAL | § | |
| COMPANY AND LYONDELLBASELL | § | |
| ACETYLS LLC | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Plaintiff Jacqlyn Anderson, complaining of Defendants Lyondell Chemical Company and Lyondellbasell Acetyls, LLC, (herein referred to as "Lyondell"), and for cause of action would respectfully show the following:

## I.  BACKGROUND

On the morning of March 20, 2018, Plaintiff Jacqlyn Anderson was employed as a helper by Industrial Specialists Incorporated and working at a chemical plant in Channelview, Texas. The plant is owned and/or operated by Defendants Lyondell Chemical Company, LLC and LyondellBasell Acetyls LLC.  Plaintiff was riding in a golf cart being driven by Defendants' operator to a job area.  The operator crashed the golf cart into a forklift, causing Plaintiff to be ejected from the golf cart.  Plaintiff was life flighted from the plant due to the severity of her injuries.

As a result of this incident, Plaintiff has already had multiple surgeries to her face, jaw, and knee, and has endured significant injuries, pain and suffering, and mental anguish.  Plaintiff now brings this suit to recover for her damages.

## II.  DISCOVERY LEVEL

Exhibit B-2

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure Rule 190.3 and affirmatively pleads that she seeks monetary relief of in excess of the jurisdictional limits of this Honorable Court. Plaintiff seeks monetary relief of over $1,000,000.00.

## III.    PARTIES

Plaintiff is an individual residing in Texas.

Defendant Lyondell Chemical Company is a foreign corporation headquartered in Houston, Texas. Defendant can be served through its registered agent: C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

Defendant LyondellBasell Acetyls, LLC is a foreign limited liability company headquartered in Houston, Texas. Defendant can be served through its registered agent: C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

## IV.    JURISDICTION AND VENUE

This court has jurisdiction over the Defendants as they are registered to do business in Texas. Venue is proper in Harris County because this is the county where at least one Defendant maintains a principal office.

## V.    CAUSES OF ACTION

### A.   NEGLIGENCE (ALL DEFENDANTS)

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. At the time of the accident, Defendants' employee was negligent. Each Defendant and its employees had a duty to exercise ordinary care and conduct job operations in a reasonable and prudent manner. That duty was breached, and such negligence was a proximate cause of Plaintiff's injuries.

The duty of reasonable care was breached in one or more of the following ways, among others:

Certified Document Number: 79274666 - Page 2 of 5

1.  Failing to properly screen, hire, and train operators;

2.  Failing to maintain a proper lookout;

3.  Failing to operate equipment and vehicles in a safe manner;

4.  Failing to keep the vehicle under proper control;

5.  Negligently entrusting the vehicle;

6.  Failing to properly supervise and control drivers; and

7.  Failing to create or enforce safety rules.

Each of these acts and omissions, singularly or in combination with others, constitute negligence, which was the proximate cause of this incident and the injuries sustained by Plaintiff.

### B. *RESPONDEAT SUPERIOR AND AGENCY (ALL DEFENDANTS)*

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. Defendants' operator was an agent and/or servant of Defendants. The operator was conducting work for Defendants. As such, Defendants are responsible for the conduct of the operator due to the relationship that existed, among other acts and omissions of negligence which may be shown during the trial of this cause.

### C. *GROSS NEGLIGENCE (ALL DEFENDANTS)*

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. Plaintiff will further show that the acts and/or omissions of Defendants, when viewed objectively from Defendants' standpoint, involve an extreme degree of risk considering the probability and magnitude of the potential harm to others, namely those on the work site. Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of others, including Plaintiff.

Certified Document Number: 79274666 - Page 3 of 5

Defendants knew or should have known of the risk or risks associated, and Defendants' actions and omissions constitute gross negligence and malice as those terms are understood by law. Therefore, Plaintiff prays that punitive damages be awarded against Defendants. Plaintiff would show that nothing Plaintiff did, or failed to do, in any way contributed to this incident.

## VI.    DAMAGES

Plaintiff brings this lawsuit to recover for injuries sustained as a result of this incident. Plaintiff seeks damages for physical impairment in the past and future, medical expenses in the past and future, loss of earning capacity in the past and future, and loss of household services in the past and future. Plaintiff also seeks punitive damages in such amount as may be found proper and just under the facts and circumstances as determined by the jury. Further, Plaintiff seeks court costs, as well as pre-judgment and post-judgment interest at the appropriate rate allowed by law.

All conditions precedent have been performed or have occurred.

## VII.    JURY DEMAND

Plaintiff respectfully demands a jury trial and tenders the appropriate fee.

## VIII.    REQUESTS FOR DISCLOSURE

Plaintiff requests that each Defendant disclose, within fifty days of service of this Request for Disclosure, the information and material described in Rule 194.2.

## IX.    PRAYER

For these reasons, Plaintiff prays that Defendants be cited to appear and answer, and that upon final trial of this cause, Plaintiff has a judgment against Defendants for damages in an amount in excess of the minimum jurisdictional requirements of this Court. Plaintiff prays for all relief sought herein, and any other or further relief to which he may be entitled.

Certified Document Number: 79274666 - Page 4 of 5

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Andrew Dao
State Bar No. 24082895
adao@txattorneys.com
Chase Newsom
State Bar No. 24105691
cnewsom@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 79274666 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:        79274666 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

## Civil Process Pick-Up Form

CAUSE NUMBER: 20 18 - 21555

ATY _____  CIV __✗__  **COURT** 127th

---

### REQUESTING ATTORNEY/FIRM NOTIFICATION 223

*ATTORNEY: Buzbee, Anthony  * PH: 713 - 223 - 5393

*CIVIL PROCESS SERVER: CRR  BOX 107

*PH: 713 - 227 - 3353

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: ___R. ALEXANDER_____

*DATE: ___04- 04 - 2018_____

---

Type of Service Document: _CITATION___  Tracking Number 73479215
Type of Service Document: _____  Tracking Number _____
Type of Service Document: _____  Tracking Number _____
Type of Service Document: _____  Tracking Number _____
Type of Service Document: _____  Tracking Number _____
Type of Service Document: _____  Tracking Number _____
Type of Service Document: _____  Tracking Number _____

**Process papers prepared by:** R. Alexander

Date: ___04__ - 04 - 2018   30 days waiting __05__ - 04 - 2018

---

*Process papers released to: ___ OA (CRR) ___
(PRINT NAME)

2273353
*(CONTACT NUMBER)                    (SIGNATURE)

*Process papers released by: ___ I. Collins ___
(PRINT NAME)

(SIGNATURE)

* Date: 4/5/8 , 2017  Time: 7  AM / PM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Exhibit B-3

**Entire document must be completed**  (do not change this document)  Revised 1/9/2015

Certified Document Number: 79362933 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:      79362933 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 201821555

RECEIPT NO.                          0.00        CIV
                    **********                   TR # 73479216

| | |
|---|---|
| PLAINTIFF: ANDERSON, JACQLYN | In The   127th |
| vs. | Judicial District Court |
| DEFENDANT: LYONDELL CHEMICAL COMPANY | of Harris County, Texas |
| | 127TH DISTRICT COURT |
| | Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: LYONDELLBASELL ACETYLS LLC (A FOREIGN LIMITED LIABILITY COMPANY) MAY
    BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT  C T CORPORATION SYSTEM
    1999  BRYAN ST STE 900   DALLAS TX 75201
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 29th day of March, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 4th day of April, 2018, under my hand and
seal of said Court.

Issued at request of:                          *Chris Daniel*
BUZBEE, ANTHONY                                CHRIS DANIEL, District Clerk
600  TRAVIS, STE. 7300                         Harris County, Texas
HOUSTON, TX  77002                             201 Caroline, Houston, Texas 77002
Tel: (713) 223-5393                            (P.O. Box 4651, Houston, Texas 77210)
Bar No.: 24001820                              Generated By: ALEXANDER, RAYSHANA D  FEJ//10919273

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $ _____

                                               _____
                                        _____ of _____ County, Texas

_____
        Affiant                                By _____
                                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                               _____
                                                   Notary Public

Certified Document Number: 79442377 - Page 1 of 2

N.INT.CITR.P                        *73479216*

                                                              Exhibit B-4

## CAUSE NO. 2018-21555

**JACQLYN ANDERSON**
**VS.,**

IN THE 127TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**LYONDELL CHEMICAL COMPANY**
**AND LYONDELLBASELL ACETYLS,**
**LLC**

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, _____ **Guy C. Connelly** _____ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _____ **Guy C. Connelly** _____ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON _4/6/18_ (DATE) AT _10:00_ (A) M (TIME) CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to LYONDELLBASELL ACETYLS, LLC (A FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON _4/9/18_ (DATE) AT _11:10_ (A) M (TIME) - The above named documents were delivered to: LYONDELLBASELL ACETYLS, LLC (A FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

_ANTOINETTE WILLIAMS P.S._
(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201

(ADDRESS), by CORPORATE Service

**SIGNATURE**
PSC# _2201_ EXPIRATION: _9/30/18_

**Guy C. Connelly**
**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by _____ **Guy C. Connelly** _____ appeared on this _5_ day of _____, 2018 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

2018.04.285654
ANNA M CONNELLY
My Commission Expires
March 1, 2019



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this    June 21, 2018

Certified Document Number:        79442377 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

04.2856051

RECEIPT NUMBER ........................ 0.00

TRACKING NUMBER ........ 73479215 CIV

CAUSE NUMBER    201821555

PLAINTIFF: ANDERSON, JACQLYN

**vs.**

DEFENDANT: LYONDELL CHEMICAL COMPANY

In The 127th
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: LYONDELL CHEMICAL COMPANY (A FOREIGN CORPORATION) MAY BE SERVED BY
    SERVING THROUGH ITS REGISTERED AGENT C T CORPORATION SYSTEM
    1999 BRYAN ST STE 900    DALLAS   TX   75201

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the _____29th_____ day of _____March_____ , 20__18__ , in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____4th___ day of ____April_____ , 20 __18__ .

*Chris Daniel*

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Issued at request of:
BUZBEE, ANTHONY
600  TRAVIS, STE. 7300
HOUSTON, TX   77002
TEL: (713) 223-5393
Bar Number: 24001820

**Generated by:** ALEXANDER, RAYSHANA D
FEJ//10919273

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____ , 20____ , at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____ , _____ ,

in _____ County, Texas on the _____ day of _____ , 20____ , at _____ o'clock ___.M.,

by delivering to _____ , by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)

_____ , in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, E.G., "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____ .
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ , 20___.

FEE: $ **AFFIDAVIT ATTACHED**

By: _____
(SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____ , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20_____.

_____
Notary Public

N.INT.CIFC.P

**\*73479215\***

Exhibit B-5

Certified Document Number: 79442365 - Page 1 of 2

## CAUSE NO. 2018-21555

JACQLYN ANDERSON
VS.

IN THE 127TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

LYONDELL CHEMICAL COMPANY
AND LYONDELLBASELL ACETYLS,
LLC

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Guy C. Connelly__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Guy C. Connelly__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
   2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON __4/6/18__ (DATE) AT __10:00__ (A) M (TIME)
CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to LYONDELL CHEMICAL COMPANY (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON __4/9/18__ (DATE) AT __11:10__ (A) M (TIME) - The above named documents were delivered to: LYONDELL CHEMICAL COMPANY (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

__Antoinette Williams P.J.__
(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201

(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# __2201__ EXPIRATION: __9/30/18__

Guy C. Connelly
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by __Guy C. Connelly__ appeared on this __7__ day of __April__, 2018 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2018.04.285651

ANNA M CONNELLY
My Commission Expires
March 1, 2019

Certified Document Number: 79442365 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:        79442365 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

NO. 2018-21555

| | | |
|---|---|---|
| **JACQLYN ANDERSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| **vs.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **LYONDELL CHEMICAL** | § | |
| **COMPANY AND LYONDELLBASELL** | § | |
| **ACETYLES, LLC,** | § | |
| | § | **127TH JUDICIAL DISTRICT** |
| **Defendant.** | § | |

## ORIGINAL ANSWER

Defendants Lyondell Chemical Company and LyondellBasell Acetyles, LLC, ("Lyondell Defendants") file this Original Answer to Plaintiff Jacqlyn Anderson's Original Petition, respectfully showing the Court as follows:

### I.  General Denial

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Lyondell Defendants deny each and every allegation made in Plaintiff's Original Petition and any subsequent amendments or supplements and demands that Plaintiff prove the charges and allegations against them by a preponderance of the evidence in accordance with the Constitution, statutes, laws, and rules of procedure of the State of Texas.

### II. Affirmative Defenses

Lyondell Defendants plead that neither of them controlled the premises where the incident occurred.

Lyondell Defendants plead that the accident complained of and Plaintiff's damages and injuries were proximately caused by others over whom Defendants had no control or right to control.

Exhibit B-6

### III. Requests for Disclosure

Pursuant to Texas Rule of Civil Procedure 194, Plaintiff is requested to disclose, within 30 days of service of this request, the information or materials described in Texas Rule of Civil Procedure 194.2(a) – (l).

### PRAYER

Defendants Lyondell Chemical Company and LyondellBasell Acetyls LLC pray that it be adjudged that Plaintiff take nothing by reason of this suit, and that Defendants recovers all costs and attorneys' fees. Defendants asks for such other and further relief, both general and special, legal and equitable, to which they are entitled.

Respectfully submitted,

**HICKS DAVIS WYNN, P.C.**

By: */s/ Forrest J. Wynn* _____
    **Forrest J. Wynn**
    Texas Bar No. 24037750
    fwynn@hdwlegal.com
    Guillaume Buell
    Texas Bar No. 24080813
    gbuell@hdwlegal.com
    3700 Buffalo Speedway, Suite 520
    Houston, Texas 77098
    (713) 589-2240
    (713) 277-7220 (facsimile)

    **ATTORNEYS FOR DEFENDANTS**

Certified Document Number: 79708154 - Page 2 of 3

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this 30th day of April, 2018, a true and correct copy of the foregoing document was served via electronic filing and email service on all known counsel of record, as follows:

Anthony G. Buzbee
tbuzbee@txattorneys.com
Andrew Dao
adao@txattorneys.com
Chase Newsom
cnewsom@txattorneys.com
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Fax: (713) 223-5909

**ATTORNEYS FOR PLAINTIFF**

*/s/ Forrest J. Wynn*
Forrest J. Wynn



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:         79708154 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/24/2018 5:28:26 PM
**Chris Daniel - District Clerk**
**Harris County**
**Envelope No: 24849709**
**By: BLESSING, JACOB K**
**Filed: 5/24/2018 5:28:26 PM**

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
    Month/        Day/        Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
   ☐ **MAIL**                               ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
         Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                                 ☐ **NEWSPAPER OF YOUR CHOICE:** _____

   ☐ **OTHER**, *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*

2. NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
   ☐ **MAIL**                               ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
         Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                                 ☐ **NEWSPAPER OF YOUR CHOICE:** _____

   ☐ **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____ TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____ _____    FAX NUMBER: _____ _____
               area code      phone  number                          area code      fax  number

EMAIL ADDRESS: _____

Exhibit B-7

CERTIFIED DOCUMENT NUMBER: 80089483 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:      80089483 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 2018-21555

| | | |
|---|---|---|
| JACQLYN ANDERSON | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | 127TH DISTRICT COURT |
| LYONDELL CHEMICAL | § | |
| COMPANY AND LYONDELLBASELL | § | |
| ACETYLS LLC | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S FIRST AMENDED PETITION**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Plaintiff Jacqlyn Anderson, complaining of Defendant NAES Corporation and Defendant Optim Energy Altura Cogen, LLC, and for cause of action would respectfully show the following:

## I.     BACKGROUND

On the morning of March 20, 2018, Plaintiff Jacqlyn Anderson was employed as a helper by Industrial Specialists Incorporated and working at a Lyondell plant in Channelview, Texas. The portion of the facility where this incident occurred is operated by Defendant NAES Corporation and leased by Defendant Optim Energy Altura Cogen, LLC. Plaintiff was riding in a golf cart being driven by Defendants' operator to a job area. The operator crashed the golf cart into a forklift, causing Plaintiff to be ejected from the golf cart. Plaintiff was life flighted from the plant due to the severity of her injuries.

As a result of this incident, Plaintiff has already had multiple surgeries to her face, jaw, and knee, and has endured significant injuries, pain and suffering, and mental anguish. Plaintiff now brings this suit to recover for her damages.

## II.     DISCOVERY LEVEL

Exhibit B-8

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure Rule 190.3 and affirmatively pleads that she seeks monetary relief of in excess of the jurisdictional limits of this Honorable Court. Plaintiff seeks monetary relief of over $1,000,000.00.

## III. PARTIES

Plaintiff is an individual residing in Texas.

Defendant NAES Corporation is a foreign corporation doing business in Texas. Defendant's attorney, Katharine D. David with Husch Blackwell LLP at 1800 Bering Drive, Suite 750, has agreed to accept service. Defendant is being served via facsimile and/or email.

Defendant Optim Energy Altura Cogen, LLC is a foreign limited liability company headquartered in Houston, Texas. Defendant can be served through its registered agent: C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

## IV. JURISDICTION AND VENUE

This court has jurisdiction over the Defendants as they are registered to do business in Texas. Venue is proper in Harris County because this is the county where at least one Defendant maintains a principal office.

## V. CAUSES OF ACTION

### A. *NEGLIGENCE (ALL DEFENDANTS)*

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. At the time of the accident, Defendants' employee was negligent. Each Defendant and its employees had a duty to exercise ordinary care and conduct job operations in a reasonable and prudent manner. That duty was breached, and such negligence was a proximate cause of Plaintiff's injuries.

The duty of reasonable care was breached in one or more of the following ways, among others:

Certified Document Number: 80089482 - Page 2 of 5

1. Failing to properly screen, hire, and train operators;

2. Failing to maintain a proper lookout;

3. Failing to operate equipment and vehicles in a safe manner;

4. Failing to keep the vehicle under proper control;

5. Failing to ensure a safe work area;

6. Negligently entrusting the vehicle;

7. Failing to properly supervise and control drivers; and

8. Failing to create or enforce safety rules.

Each of these acts and omissions, singularly or in combination with others, constitute negligence, which was the proximate cause of this incident and the injuries sustained by Plaintiff.

## B. *RESPONDEAT SUPERIOR AND AGENCY (ALL DEFENDANTS)*

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. Defendants' operator was an agent and/or servant of Defendants. The operator was conducting work for Defendants. As such, Defendants are responsible for the conduct of the operator due to the relationship that existed, among other acts and omissions of negligence which may be shown during the trial of this cause.

## C. *GROSS NEGLIGENCE (ALL DEFENDANTS)*

Plaintiff re-alleges each aforementioned allegation as if fully incorporated below. Plaintiff will further show that the acts and/or omissions of Defendants, when viewed objectively from Defendants' standpoint, involve an extreme degree of risk considering the probability and magnitude of the potential harm to others, namely those on the work site. Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of others, including Plaintiff.

Certified Document Number: 80089482 - Page 3 of 5

Defendants knew or should have known of the risk or risks associated, and Defendants' actions and omissions constitute gross negligence and malice as those terms are understood by law. Therefore, Plaintiff prays that punitive damages be awarded against Defendants. Plaintiff would show that nothing Plaintiff did, or failed to do, in any way contributed to this incident.

## VI.    <u>DAMAGES</u>

Plaintiff brings this lawsuit to recover for injuries sustained as a result of this incident. Plaintiff seeks damages for physical impairment in the past and future, medical expenses in the past and future, loss of earning capacity in the past and future, and loss of household services in the past and future. Plaintiff also seeks punitive damages in such amount as may be found proper and just under the facts and circumstances as determined by the jury. Further, Plaintiff seeks court costs, as well as pre-judgment and post-judgment interest at the appropriate rate allowed by law.

All conditions precedent have been performed or have occurred.

## VII.    <u>JURY DEMAND</u>

Plaintiff respectfully demands a jury trial and tenders the appropriate fee.

## VIII.    <u>REQUESTS FOR DISCLOSURE</u>

Plaintiff requests that each Defendant disclose, within fifty days of service of this Request for Disclosure, the information and material described in Rule 194.2.

## IX.    <u>PRAYER</u>

For these reasons, Plaintiff prays that Defendants be cited to appear and answer, and that upon final trial of this cause, Plaintiff has a judgment against Defendants for damages in an amount in excess of the minimum jurisdictional requirements of this Court. Plaintiff prays for all relief sought herein, and any other or further relief to which she may be entitled.

Respectfully submitted,

## THE BUZBEE LAW FIRM

By: */s/ Andrew Dao*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Andrew Dao
State Bar No. 24082895
adao@txattorneys.com
Chase Newsom
State Bar No. 24105691
cnewsom@txattorneys.com
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been duly served on *May 24, 2018.*

*/s/ Andrew Dao*
Andrew Dao



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:        80089482 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## Civil Process Pick-Up Form

## CAUSE NUMBER: <u>2018-21555</u>

ATY_____      CIV_X____      COURT ____127TH_

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| **\*ATTORNEY:** BUZBEE, ANTHONY   **\* PH:** 713-223-5393 |
| **\*CIVIL PROCESS SERVER:** CRR    **\*BOX:** 107 |
| **\*PH:** 713-227-3353 |
| **\*PERSON NOTIFIED SVC READY:** _____  TIME: 2.00 pm |
| **\* NOTIFIED BY:** L Thomas |
| **\*DATE:** 5/30/18 |

Type of Service Document: <u>Citation_____</u>    Tracking Number <u>73499769</u>
Type of Service Document _____    Tracking Number _____
Type of Service Document _____    Tracking Number _____
Type of Service Document _____    Tracking Number _____
Type of Service Document _____    Tracking Number _____
Type of Service Document _____    Tracking Number _____
Type of Service Document:_____    Tracking Number _____

Process papers prepared by: **Lisa Thomas**

Date: <u>5 –30 </u>-2018    30 days waiting <u>6-30-</u> 2018

| |
|---|
| **\*Process papers released to:** _____ Ol. (CRR) _____ |
| (PRINT NAME) |
| <u>227 34,7</u>  _____ |
| **\*(CONTACT NUMBER)**    (SIGNATURE) |
| **\*Process papers released by:** _____ STACY _____ |
| (PRINT NAME) |
| _____ |
| (SIGNATURE) |
| **\* Date:** 5/30/8 , 2018  Time: 3  AM / PM |

Exhibit B-9

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**Entire document must be completed**    (do not change this document)  Revised 1/9/2015



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:        80157682 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

05.2976045

6/15/2018 1:08 PM
Chris Daniel - District Clerk Harris County
Envelope No. 25326683
By: CAROL WILLIAMS
Filed: 6/15/2018 1:08 PM

Document Number: 80377572 - Page 1 of 2

CAUSE NO. 201821555

RECEIPT NO.       0.00     CIV

\*\*\*\*\*\*\*\*\*      TR # 73499769

| | |
|---|---|
| PLAINTIFF: ANDERSON, JACQLYN | In The    127th |
| vs. | Judicial District Court |
| DEFENDANT: LYONDELL CHEMICAL COMPANY | of Harris County, Texas |
| | 127TH DISTRICT COURT |
| | Houston, TX |

## CITATION

THE STATE OF TEXAS
County of Harris

TO: OPTIM ENERGY ALTURA COGEN LLC (FOREIGN LIMITED LIABILITY
    COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED AGENT
    C T CORPORATION SYSTEM
    1999 BRYAN ST STE 900     DALLAS    TX   75201
    Attached is a copy of <u>PLAINTIFF'S FIRST AMENDED PETITION</u>

This instrument was filed on the <u>24th day of May, 2018</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 30th day of May, 2018, under my hand and
seal of said Court.

<u>Issued at request of:</u>
BUZBEE, ANTHONY
600 TRAVIS, STE. 7300
HOUSTON, TX 77002
Tel: (713) 223-5393
<u>Bar No.:</u> 24001820

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA   BE9//10960656

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock \_\_\_\_.M., on the \_\_\_\_\_ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock \_\_\_\_.M., on the \_\_\_\_\_ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying \_\_\_\_\_ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this \_\_\_\_\_ day of _____, _____.

FEE: $_____

_____

_____ of _____County, Texas

_____     By _____
       Affiant                                  Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this \_\_\_\_\_ day of _____, _____.

_____
                 Notary Public

**CAUSE NO. 2018-21555**

**JACQLYN ANDERSON**
**VS.**                          **IN THE 127TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY,**
                                 **TEXAS**

**LYONDELL CHEMICAL COMPANY**
**AND LYONDELLBASELL ACETYLS,**
**LLC**

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, _Joel Salazar_ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _Joel Salazar_ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
_7444 Hunnicut Rd Apt 1043 Dallas TX 75227_
(SERVER'S ADDRESS)

2. ON _5-31-18_ (DATE) AT _12_ : _15_ ( _P_ ) M (TIME)
CITATION, PLAINTIFF'S FIRST AMENDED PETITION came to hand for delivery to OPTIM ENERGY ALTURA COGEN, LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON _5-31-18_ (DATE) AT _2_ : _58_ ( _P_ ) M (TIME) - The above named documents were delivered to: OPTIM ENERGY ALTURA COGEN, LLC (FOREIGN LIMITED LIABILITY COMPANY) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

_Terri Thongsavat         Intake Specialist_
(NAME AND TITLE), authorized agent for service @

_1999 Bryan St STE: 900 Dallas TX 75201_
(ADDRESS), by CORPORATE Service

**SIGNATURE**
**PSC#** _0534_ **EXPIRATION:** _5-31-20_

_Joel Salazar_
**AFFIANT PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _Joel Salazar_ appeared on this _3_ day of
_June_ , 2018 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND**
**FOR THE STATE OF TEXAS**

AURORA MEDINA
Notary ID # 126897029
My Commission Expires
October 12, 2020

2018.05.297645

Certified Document Number: 80377572 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:      80377572 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Cause No. 2018-21555

| | | |
|---|---|---|
| JACQLYN ANDERSON | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HARRIS COUNTY |
| LYONDELL CHEMICAL | § | |
| COMPANY AND LYONDELLBASELL | § | |
| ACETYLS LLC | § | 127TH JUDICIAL DISTRICT |

## DEFENDANT NAES CORPORATION'S
## ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES
## TO PLAINTIFF'S FIRST AMENDED PETITION

NAES Corporation ("Defendant") files this Original Answer and Affirmative Defenses to Plaintiff's First Amended Petition, respectfully showing the Court as follows:

### General Denial

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every allegation made in Plaintiff's First Amended Petition and any subsequent amendments or supplements and demands that Plaintiff prove the charges and allegations against them by a preponderance of the evidence in accordance with the Constitution, statutes, laws, and rules of procedure of the State of Texas.

### Affirmative Defenses

In addition to its general denial, Defendant asserts the following affirmative defenses.

1.      Defendant pleads that Defendant lacked any right of control or supervision over the alleged conduct, and that Plaintiff's damages were proximately caused by acts or ommissions of individuals or entities over whom Defendant had no control and for which Defendant had no responsibility.

Certified Document Number: 80391667 - Page 1 of 4

1

Exhibit B-11

2. Defendant pleads that Plaintiff's alleged injuries and damages were caused by an intervening dangerous action that was a superseding cause of those injuries and was therefore unforeseeable to Defendant.

3. Defendant pleads that any injuries alleged to have been sustained by Plaintiff were proximately caused by Plaintiff's own fault and/or negligence, and, in the alternative, were proximately caused by the misuse of the equipment in question.

4. Defendant pleads that Plaintiff failed to mitigate damages as to any claims, injuries, or damages sought by Plaintiff that are presented at trial.

5. Defendant pleads that any conditions or risks, if any, were known to the Plaintiff and were open, obvious, and apparent to the Plaintiff.

6. Defendant pleads that any damages recovered by Plaintiff against Defendant are subject to the standards and limitations set forth in chapter 41 of the Texas Civil Practice & Remedies Code including, but not limited to § 41.0105 and § 41.008(b). Evidence of medical or health care expenses beyond those actually paid or actually incurred on behalf of the Plaintiff is inadmissible, and may not be considered in awarding punitive damages.

7. Defendant pleads that, if Plaintiff sustained the injuries and damages alleged in Plaintiff's Petition, those injuries and damages resulted, in whole or in part, from the culpable conduct of Responsible Third Parties, as defined in Chapter 33 of the Texas Civil Practice & Remedies Code, and not from any negligence or breach of legal duty on the part of the Defendant. Chapter 33 of the Texas Civil Practice & Remedies Code applies to this case to reduce damages, including but not limited to those provisions addressing proportionate responsibility, the submission of responsible third parties to the jury, and contribution. Defendant

Certified Document Number: 80391667 - Page 2 of 4

further reserves the right to make an election regarding the effect of any settlements on any further recovery by Plaintiff pursuant to Chapter 33 or any other applicable law.

8.      Defendant pleads that Plaintiff's employers' negligence was the sole cause of Plaintiff's alleged injuries, or alternatively pleads that Plaintiff's employers were responsible Third Parties, as defined in §33.011 of the Texas Civil Practice and Remedies Code.

9.      Defendant pleads that if Plaintiff sustained any illness, injury, disability, loss and/or damages, such are the result of a condition or conditions of Plaintiff's body pre-existing the alleged occurrences, or occurred outside of or subsequent thereto, in whole or in part, for which Defendant is not responsible.

10.      Defendant pleads that the alleged risk of harm to Plaintiff was insubstantial and, in any event, not known or reasonably knowable at the time of Plaintiff's injury, and that at all relevant times, Defendant conformed its conduct to the applicable standard of care. Thus, any substantial risk of harm was not reasonably foreseeable and Defendant should not be held liable for the Plaintiff's damages, if any.

11.      Defendant pleads that Plaintiff released or waived her right to sue for the alleged injuries.

12.      Defendant reserves the right to assert any additional affirmative defenses that may become apparent during the development of this lawsuit.

### **Prayer**

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court enter judgment that Plaintiff take nothing against it, that the Court dismiss the Defendant with its costs, and for such other and further relief, of any nature, to which it may show itself otherwise entitled.

Certified Document Number: 80391667 - Page 3 of 4

Respectfully submitted,

Husch Blackwell LLP

By: /s/ Ben Stephens
    Katharine D. David
    State Bar No. 24045749
    kate.david@huschblackwell.com
    Ben Stephens
    State Bar No. 24098472
    ben.stephens@huschblackwell.com
    1800 Bering Avenue, Suite 750
    Houston, Texas 77057
    Tel. 713.647.6800
    Fax. 713.647.6884

Counsel for NAES Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was served on all counsel of record in accordance with the Texas Rules of Civil Procedure on this the 18th day of June, 2018.

/s/ Ben Stephens
Ben Stephens

Certified Document Number: 80391667 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 21, 2018

Certified Document Number:      80391667 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**